BC JKS

**FILED**
2/27/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JANE DOE,
d/b/a TRUE TEA,
Pro Se,
Plaintiff,

v.

NATAVIA TONIA GARNER,
a/k/a When Tay Talk, When Tay Talk 2,
Defendant.

1:26-cv-02301
Judge Charles P. Kocoras
Magistrate Judge Keri L. Holleb Hotaling
RANDOM/ Cat 2

**EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY**

Plaintiff Jane Doe, proceeding pro se and under pseudonym, respectfully moves this Court for entry of a Temporary Restraining Order pursuant to Federal Rule of Civil Procedure 65 and requests limited expedited discovery.

**I. INTRODUCTION**

This case arises from a sustained campaign of harassment, threats, defamation, criminal impersonation, abuse of judicial process, and coordinated interference with Plaintiff's online business, carried out by Defendant Natavia Tonia Garner, individually and with known and unknown co-conspirators.

Defendant has repeatedly attempted to uncover and publicly disclose Plaintiff's identity, including encouraging others to file false motions, petitions, and police reports, misidentify Plaintiff in court filings, and use discovery requests to obtain private information.

Defendant engaged in perjury by falsely claiming Plaintiff's identity was "Lakita Clark" and used this falsehood to solicit others to participate in coordinated harassment and doxxing efforts.

Defendant has coordinated with individuals referred to as "The Family," used impersonation of law enforcement, and engaged in threats and intimidation, creating an imminent risk of irreparable harm.

**II. RELIEF REQUESTED**

Plaintiff respectfully requests that the Court issue a Temporary Restraining Order prohibiting Defendant from contacting, harassing, threatening, doxxing, or attempting to identify Plaintiff, and authorizing limited expedited discovery to preserve evidence and identify responsible parties.

Respectfully submitted,

*Jane Doe*
Verified by pdfFiller
02/27/2026

Jane Doe
d/b/a True Tea
Pro Se