BC MAM

**FILED**
3/6/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**JANE DOE, d/b/a TRUE TEA**,

Plaintiff,

v. Case No. 1:26-cv-02301

**NATAVIA GARNER**,

Defendant.

### MOTION TO HOLD DEFENDANT NATAVIA GARNER ACCOUNTABLE FOR DOXXING AND HARASSMENT

Plaintiff Jane Doe ("Plaintiff"), proceeding pro se, respectfully submits this Motion to request that the Court hold Defendant Natavia Garner accountable for orchestrating a coordinated attack against Plaintiff and enabling the doxxing of Plaintiff's personal information, and states as follows:

### 1. FACTUAL BACKGROUND

1. On 03/05/2026, one of Natavia Garner's co-conspirators, **Joann A. Jenkins**, who operates the YouTube channel **Prosperity Thick Girl 40**, posted the address from Plaintiff's appearance sheet on her YouTube channel.
2. Joann A. Jenkins proceeded to **harass Plaintiff**, including looking up the address on Google Maps so everyone could see the location.
3. Joann has been harassing Plaintiff non-stop. She also mentioned **Natavia Garner's name during her attacks**, including in the video showing Plaintiff's address.
4. Natavia Garner and her associates have no regard for the law and will **not stop harassing Plaintiff**.
5. Their desire to disclose Plaintiff's address in connection with ongoing harassment **places Plaintiff's safety and privacy at risk**.
6. Natavia Garner has nicknamed herself the **"Doxxing Queen"**.
7. Exhibits supporting this motion include:

a. A screenshot of Joann A. Jenkins' YouTube video showing Plaintiff's listed address.

b. A screenshot of Natavia Garner in a picture labeling herself as "Doxxing Queen."

c. A screenshot of Plaintiff's appearance sheet.

## 2. REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court:

A. Hold **Natavia Garner accountable** for orchestrating and leading the attack that resulted in the disclosure of Plaintiff's address;

B. Issue an order prohibiting Natavia Garner and her associates from further harassing Plaintiff;

C. Ensure that all potential **criminal conduct arising from this coordinated doxxing and harassment is referred to the proper law enforcement authorities**;

D. Grant any other relief the Court deems just and proper.

Respectfully submitted,

*Jane Doe*

Jane Doe

Verified by pdfFiller
03/05/2026

03/05/2026