


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

JANE DOE, d/b/a TRUE TEA,

Plaintiff,

v. Case No. 1:26-cv-02301

NATAVIA GARNER,

Defendant.

MOTION TO HOLD DEFENDANT NATAVIA GARNER ACCOUNTABLE FOR HARASSMENT AND DEFAMATION BY CO-CONSPIRATOR

Plaintiff Jane Doe, proceeding pro se, respectfully moves this Court to hold Defendant Natavia Garner accountable for harassment and defamation carried out by her co-conspirator Terrance Smith, and states as follows:

I. FACTUAL BACKGROUND

1. On March 4, 2026, one day after Plaintiff's lawsuit against Defendant Natavia Garner appeared on the public docket, Terrance Smith, who operates a YouTube channel called 'Giving You the Real T,' made a video attacking and harassing Plaintiff.

2. Terrance Smith titled the video:

'Well, She's The FATTEST Jane Doe I've Ever Seen! HUSH Tay ■ I Got It Sis — Let's Talk Fren.'

3. In that video, Terrance Smith harassed and defamed Plaintiff by calling Plaintiff a whore and stating that Plaintiff was weak, pathetic, a waste of space, a waste of time, a body, a soul, and a pussy.

4. This is the type of harassment Plaintiff has been enduring from Terrance Smith.

5. In a previous video, Terrance Smith threatened Plaintiff with sexual violence, stating that he had a penis he could shove down Plaintiff's throat.

6. These videos are intended to intimidate Plaintiff and cause mental and emotional distress.

7. During his attacks, including the March 4, 2026 video posted immediately after this lawsuit was filed, Terrance Smith referenced Defendant Natavia Garner's name.

8. Terrance Smith's video title and statements make clear that he was attacking Plaintiff on behalf of Defendant Natavia Garner and signaling that Defendant did not have to attack Plaintiff because he would do it for her.

9. Defendant Natavia Garner is responsible for orchestrating a coordinated campaign of harassment against Plaintiff, and Terrance Smith is one of the individuals participating in that campaign.

10. Plaintiff will submit an exhibit in the form of a screenshot of the video showing the harassment posted by Terrance Smith after learning that Plaintiff filed this lawsuit against Defendant Natavia Garner.

II. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Hold Defendant Natavia Garner accountable for harassment and defamation carried out by her co-conspirators;

B. Consider the coordinated harassment against Plaintiff when addressing Defendant Natavia Garner's conduct in this case;

C. Refer evidence of potential criminal conduct to the appropriate law enforcement authorities; and

D. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

*Jane Doe*

Jane Doe

d/b/a True Tea

Date: 03/06/2026

Verified by pdfFiller
03/06/2026