

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

FILED
GMC
3/6/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**JANE DOE, individually and doing business as TRUE TEA,**
Plaintiff,

v.

**NATAVIA GARNER,**
Defendant.

Case No. 1:26-cv-02301

## EMERGENCY MOTION FOR PROTECTIVE RELIEF REGARDING HARASSMENT, INTIMIDATION, AND THREATS BY DEFENDANT'S ASSOCIATES

Plaintiff Jane Doe, proceeding pro se, respectfully moves this Court for emergency relief concerning escalating harassment, intimidation, and threats carried out by individuals acting in concert with Defendant Natavia Garner. In support of this motion, Plaintiff states as follows:

1. Plaintiff filed the present lawsuit against Defendant Natavia Garner in this Court. Shortly after the case became publicly visible on the docket, individuals associated with Defendant began escalating their harassment of Plaintiff.

2. Prior to the filing of this lawsuit, several individuals associated with Defendant publicly threatened Plaintiff and attempted to intimidate Plaintiff from filing legal action against Defendant Natavia Garner.

3. Despite those intimidation attempts, Plaintiff proceeded with filing this lawsuit.

4. Since the lawsuit was filed, Defendant's associates and co-conspirators have continued and escalated their attacks against Plaintiff through online harassment, defamation, and threatening conduct.

5. These individuals have publicly targeted Plaintiff, mocked Plaintiff for filing the lawsuit, and issued statements designed to intimidate Plaintiff and discourage Plaintiff from pursuing her legal claims.

6. Plaintiff believes these coordinated attacks are being carried out by individuals acting in concert with Defendant Natavia Garner as part of the same ongoing campaign of harassment and intimidation described in Plaintiff's Complaint. Defendant Natavia Garner was seen thanking the CC's (content creators) in a social media post hours after the harassing videos were made.

7. The conduct described above has caused Plaintiff severe emotional distress and has raised serious concerns for Plaintiff's safety.

8. Plaintiff is submitting exhibits demonstrating that Defendant's associates made statements threatening or attempting to intimidate Plaintiff regarding the filing of this lawsuit and have continued harassing Plaintiff after the lawsuit was filed.

9. Plaintiff is concerned that the harassment and intimidation will continue to escalate as this case proceeds unless the Court intervenes.

## REQUEST FOR EMERGENCY RELIEF

A. Take notice of the ongoing harassment and intimidation being carried out by individuals acting in concert with Defendant Natavia Garner;

B. Issue appropriate protective relief prohibiting Defendant and individuals acting in concert with Defendant from harassing, threatening, or intimidating Plaintiff in connection with this case;

C. Consider the submitted exhibits demonstrating threats and intimidation directed at Plaintiff;

D. Refer any apparent criminal conduct reflected in the exhibits to appropriate law enforcement authorities;

E. Grant any further relief the Court deems just and proper.

Respectfully submitted,

Verified by pdfFiller 03/06/2026

Jane Doe

Jane Doe

Plaintiff, Pro Se

d/b/a True Tea

Date: 03/06/2026