## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jane Doe

               Plaintiff,

v.

                                        Case No.: 1:26–cv–02301

                                        Honorable Charles P. Kocoras

Natavia Tonia Garner

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 17, 2026:

      MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's application for leave to proceed in forma pauperis [4] is denied without prejudice, with leave to refile an amended application or pay the filing fee by 4/16/2026. Plaintiff's motions to proceed under pseudonym [5] and [6] are also denied without prejudice. Plaintiff shall file an amended complaint disclosing her true legal name by 4/16/2026. Plaintiff is further directed to address the federal subject matter jurisdiction concern identified herein by clarifying her domicile by 4/16/2026. Failure to do so will result in the dismissal of this case without prejudice. Plaintiff's Emergency Motion for Temporary Restraining Order and Expedited Discovery [7], Motion to Hold Defendant Natavia Garner Accountable for Doxxing and Harassment [9], Motion to Hold Defendant Natavia Garner Accountable for Harassment and Defamation by Co–Conspirator [10], and Emergency Motion for Protective Relief Regarding Harassment, Intimidation, and Threats by Defendant's Associates [11] are denied without prejudice. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.